IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GLENANN L. YAHNKE,

                Plaintiff,                  ORDER

     v.                                 3:07-cv-00344-bbc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

---

This is a social security appeal brought pursuant to 42 U.S.C. § 405(g). On November 28, 2007, pursuant to the parties' agreement, this court entered an order remanding this case to the Social Security Administration for further proceedings. Now before the court are plaintiff's motions for entry of judgment and an award of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Defendant has raised no objections to the motions. Accordingly,

ORDER

IT IS ORDERED that:

1. The clerk of court is directed to enter judgment in favor of plaintiff.

2. Plaintiff's application for an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, is GRANTED. Plaintiff is awarded attorney fees and

costs in the amount of $5,436.75.  Pursuant to the Assignment of EAJA Fee attached to the fee petition, this amount is to be paid directly to plaintiff's attorney, Frederick J. Daley, Jr.

Entered this 28th day of January, 2008.

> BY THE COURT:
> /s/
> BARBARA B. CRABB
> District Judge