DOCKET#_____
U.S. DISTRICT COURT
WEST DIST OF WISCONSIN

JAN 2 8 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GLENANN L. YAHNKE,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 3:07-cv-00344-bbc

---

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

## IT IS ORDERED AND ADJUDGED

that plaintiff Glenann L. Yahnke's application for an award of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412 is GRANTED. Plaintiff is awarded attorney fees and costs in the amount of $5,436.75 to be paid directly to plaintiff's attorney, Frederick J. Daley, Jr.

_____
Theresa M. Owens, Clerk of Court

Jan 28, 2008
_____
Date